In the Matter of WESTCHESTER COUNTY CORRECTION OFFICERS BENEVOLENT ASSOCIATION, INC., Appellant, v KEVIN M. CHEVERKO et al., Respondents.

Submitted February 3, 2014; decided April 3, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of WESTCHESTER COUNTY CORRECTION OFFICERS BENEVOLENT ASSOCIATION, INC., Appellant, v KEVIN M. CHEVERKO et al., Respondents.

Submitted February 3, 2014; decided April 3, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

[8 NE3d 852, 985 NYS2d 474]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARSHA SIBBLIES, Appellant.

Argued February 13, 2014; decided April 8, 2014